**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

RECEIVED

JUN 1 0 2008

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

Robert E. Hawkins

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Winnebago County Sheriff's Office
Correction Bureau
Richard A. Meyers - Sheriff
Andera S. Tack - Jail Superintendent
Capt. "Jim" Owens, of The Jail
Dr. Poccock & Dr. Katia

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

08 C 50101

Reinhard

**CHECK ONE ONLY:**               **AMENDED COMPLAINT**

_____   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
          U.S. Code** (state, county, or municipal defendants)

   ✓      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
_____   28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name: Robert E. HAWKINS

B.    List all aliases: Robert E. HAWKINS

C.    Prisoner identification number: 2233

D.    Place of present confinement: Winnebago County Jail

E.    Address: 650 West State, Rockford, IL 61102

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Richard A. Meyers

Title: Sheriff

Place of Employment: Winnebago County Sheriff's Office

B.    Defendant: Andrea S. Tack

Title: Jail Superintendent

Place of Employment: Winnebago County Jail

C.    Defendant: Capt. Owens

Title: Capt. of the Jail

Place of Employment: Winnebago County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Defendant(s)

II

D. Defendent - Dr. Pocock & Dr. Katia
    Title - Doctors
    Place of Employment - Winnebago County Jail
                          Medical Dept.

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: *Can't Remember the docket #, Robert Hawkin v Winnebago County Jail*

B.   Approximate date of filing lawsuit: *1995 or 1996 or 1994*

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: *Robert Hawkins*

D.   List all defendants: *Capt Houi, Don Gasper*

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *United State District Court Northern District of Illinois*

F.   Name of judge to whom case was assigned: *Can't Remember*

G.   Basic claim made: *Lack of medical attention*

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *I stop persuit, so I guess it was dismissed.*

I.   Approximate date of disposition: *don't know, I moved*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.   **Statement of Claim:**

3

Revised 9/2007

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.) Lack of medical Attention

I Robert Hawkins was in the winnebago County Jail Oct 1, 2007, I am a Diabetic and I Told Dr. poccock about my Feets about how I could not Feel my toes at all he said that they had dead nerve in them but their was nothing he could do because I needed an operation to correct nerve damage in my vain heading down to my Foots and that the Jail problem only would not pay For it. So he gave me two pair sock and said I could have my tennis shoes to keep my Feet warn, ~~then I could be~~ then Dr. Katia also seem me but he told me that Dr. poccock should have put

4                                                    Revised 9/2007

me on Insulint but he did not he said that the Glipozide was not working but I also told Dr Katie about my toes also and he did nothing at all either he said he would call me back down for a nother exam but never did I kept put in doctor reqest and was never call to see the doctor again but the nurse particner call me down and soak my feet and did an Exam and I told her that I could not feel my toes at all plus it's going futher up my feet and leg she said I was getting worse and some need to be done and that she was going to talk to the doctor but I never heard nothing about it my toes my have to be cut off because of this or she said gaingreen in my legs please Help me.

5

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to make the
winnebago county Jail pay for my
orpeatiion and also take care of Inmate
medical problem Reguardless of money
plus pay me $5,000,000,000 for
pain and suffing for me and my family plus to
set president,

**VI.    The plaintiff demands that the case be tried by a jury.**    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___9___ day of ___June___, 20_08_

_Robert E. Hawkins_

_____
(Signature of plaintiff or plaintiffs)

_Robert E. HAwkins_
(Print name)

_2233_
(I.D. Number)

_Winnebago County Jail_
c/o _Robert HAwkins_
_650 West State St._
(Address) _Rockford, ILLinois_
_61102_

pod 4D
Bed 4

Revised 9/2007

Robert Hawkins
650 West State St.
Rockford, IL. 61102

LEGAL
MAIL

District Center





USA 1¢

41 USA

USA 41

Clerk, United States District Court
211 S. Court Street
Rockford, IL. 61101

61101+1219-99 C010

