

GARY L. KOVANDA
FIRST DEPUTY STATE'S ATTORNEY

MARGARET M. O'CONNOR
DEPUTY STATE'S ATTORNEY
MAJOR CASE UNIT

**PHILIP J. NICOLOSI**
WINNEBAGO COUNTY STATE'S ATTORNEY

F. JAMES BRUN V
DEPUTY STATE'S ATTORNEY
CRIMINAL DIVISION

WILLIAM DON EMMERT
DEPUTY STATE'S ATTORNEY
CIVIL DIVISION

July 18, 2008

Mr. Paul Karr
Gallagher Bassett Services, Inc.
4249 East State Street
Rockford, Illinois 61108

    RE:  Robert E. Hawkins vs. Winnebago County Sheriff, et al.,
           U.S. District Court Case No. 08 C 50101

Dear Mr. Karr:

    A copy of the Complaint filed in the above-referenced lawsuit is enclosed with this letter. Assistant State's Attorney Sara Hohe will be handling the defense of this case.

    This is a §1983 Civil Rights action in which Plaintiff alleges that Winnebago County Jail medical personnel failed to provide him with adequate medical care for his feet due to a diabetic condition. He also seeks $5 Billion in damages and that the Winnebago County Jail pay for an operation on his feet.

    Please contact Sara at (815) 319-4710 if you have any questions.

                          Yours very truly,

                          WILLIAM DON EMMERT,
                          Deputy State's Attorney - Civil Division

WDE/els
Encl.
cc: Sally Claassen

**Please Reply To: Civil Division, 400 W. State St., Suite 804, Rockford, IL 61101;**
**Telephone: (815) 319-4799; Fax: (815) 319-4798**

**FILED**
**JUNE 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

RECEIVED
JUN 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Robert E. Hawkins
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

Case No: **08 C 50101**
(To be supplied by the Clerk of this Court)

Reinhard

vs.

Winnebago County Sheriff's Office
Correction Bureau
Richard A. Meyers - Sheriff
Andera S. Tack - Jail Superintendent
Capt. Tim Owens, of The Jail
Dr. Poccock & Dr. Katia

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

answer due 9/8/08

CHECK ONE ONLY:          **AMENDED COMPLAINT**

____   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
       U.S. Code (state, county, or municipal defendants)

✓     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
       28 SECTION 1331 U.S. Code (federal defendants)

____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Robert E. Hawkins

   B. List all aliases: Robert E. Hawkins

   C. Prisoner identification number: 2233

   D. Place of present confinement: Winnebago County Jail

   E. Address: 650 West State, Rockford, IL 61102

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Richard A. Meyers
      Title: Sheriff
      Place of Employment: Winnebago County Sheriff's Office

   B. Defendant: Andrea S. Tack
      Title: Jail Superintendent
      Place of Employment: Winnebago County Jail

   C. Defendant: Capt. Owens
      Title: Capt. of the Jail
      Place of Employment: Winnebago County Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                              Revised 9/2007

Defendant(s)

Case 3:08-cv-50101  Document 5  Filed 06/25/2008  Page 3 of 8

II

D. Defendant - Dr. Pocwock + Dr. Katia
Title - Doctors
Place of Employment - Winnebago County Jail Medical Dept.

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A. Name of case and docket number: *Can't Remember the docket #, Robert Hawkin v. Winnebago County Jail*

  B. Approximate date of filing lawsuit: *1995 or 1996 or 1994*

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *Robert Hawkins*

  D. List all defendants: *Capt Houi, Don Gasper*

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *United State District Court Northern District of Illinois*

  F. Name of judge to whom case was assigned: *Can't Remember*

  G. Basic claim made: *Lack of medical attention*

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *I stop pursuit, so I guess it was dismissed.*

  I. Approximate date of disposition: *don't know, I moved*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) Lack of medical Attention

I Robert Hawkins was in the Winnebago County Jail Oct 1, 2007, I am a Diabetic and I Told Dr. poccock about my feets about how I could not feel my toes at all he said that they had dead nerve in them but their was nothing he could do because I needed an operation to correct nerve damage in my vain heading down to my foots and that the Jail problem only would not pay for it. so he gave me two pair sock and said I could have my tennis shoes to keep my feet warn, ~~the I~~ ~~comes to~~ then Dr. Katia also seem me but he told me that Dr. poccock should have put

4　　　　　　　　　　　　　　　　Revised 9/2007

me on Insulint but he did not he said that the Glipozide was not working but I also told Dr Katia about my toes also and he did nothing at all either he said he would call me back down for another exam but never did. I kept put in doctor request and was never call to see the doctor again but the nurse particner call me down and soak my feet and did an Exam and I told her that I could not feel my toes at all plus it's going futher up my feet and leg she said I was getting worse and some need to be done and that she was going to talk to the doctor but I never heard nothing about it my toes my have to be cut off because of this or she said gaingreen in my legs please Help me.

5

Revised 9/2007

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to make the Winnebago County Jail pay for my orperation and also take care of Inmate medical problem Reguardless of money plus pay me $5,000,000,000 for pain and suffing for me and my family plus to set president.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___9___ day of ___June___ 20_08_

*Robert E. Hawkins*

_____
(Signature of plaintiff or plaintiffs)

Robert E. HAwkins
(Print name)

2233
(I.D. Number)

Winnebago County Jail
c/o Robert HAwkins
650 West State St.
(Address) Rockford, Illinois
61102

pod 4D
Bed 4

6

Revised 9/2007

Case 3:08-cv-50101　　Document 6　　Filed 06/25/2008　　Page 8 of 8

Robert Hawkins
650 West State St.
Rockford, IL 61102

District center

LEgal Mail

Clerk United States District Court
211 S. Court Street
Rockford, IL 61101



GARY L. KOVANDA
FIRST DEPUTY STATE'S ATTORNEY

MARGARET M. O'CONNOR
DEPUTY STATE'S ATTORNEY
MAJOR CASE UNIT

**PHILIP J. NICOLOSI**
WINNEBAGO COUNTY STATE'S ATTORNEY

F. JAMES BRUN V
DEPUTY STATE'S ATTORNEY
CRIMINAL DIVISION

WILLIAM DON EMMERT
DEPUTY STATE'S ATTORNEY
CIVIL DIVISION

July 11, 2008

Gwyn Gulley
Attorney at Law
Greg Tuite & Associates
P.O. Box 59
Rockford, Illinois 61105-0059

Re:   Hawkins v. Winnebago County Sheriff, et al
      08 C 50101

Gwyn:

With this letter I am returning to you the Waivers directed to the Winnebago County Sheriff's Office, Dr. David Pocock, and Dr. Kantayya.

Sending Waivers to both Sheriff Richard Meyers and the Winnebago County Sheriff's Office is redundant. I have given the Waiver directed to Sheriff Meyers to him, and will be returning it to you after he signs it. That Waiver will be sufficient proof of service on Sheriff Meyers in both his individual and official capacities. [I have also delivered the respective Waivers to Superintendent Tack and Captain Owens, and will return them to you after they are signed.]

Dr.s Pocock and Kantayya are not employees of the Winnebago County Sheriff. I cannot accept nor process the Waivers directed to them. The University of Illinois College of Medicine at Rockford is the contractual provider of medical services at the Winnebago County Jail. I suggest you mail the Waivers to them at the U of I College of Medicine, 1601 Parkview S200, Rockford, Illinois.

Sincerely,

*William Don Emmert*

William Don Emmert
Deputy State's Attorney -- Civil Division

---

Writer's direct telephone number:   815/319-4708
Writer's e-mail address:   wemmert@co.winnebago.il.us
FAX number:   815/319-4798

**Civil Division, 400 W. State St., Suite 804, Rockford, IL 61101**



**GREG TUITE & ASSOCIATES**
ATTORNEYS AT LAW
www.gregtuite.com

July 10, 2008

Ms. Andrea Jack
c/o Assistant State's Attorney
 William Emmert, Chief, Civil Division
404 Elm Street
Rockford, IL  61101

RE:   Hawkins v. Winnebago County Sheriff's Office, Richard Meyers, Andrea Jack, Tim Owens, Dr. David Pocock and Dr. Vivek Kantayya
Court # 08 C 50101

To Whom It May Concern:

By Court order, I have been appointed as counsel for Plaintiff.

This letter is to notify you of commencement of this action.  Enclosed are two copies of the Request for Waiver of Service of Summons and a copy of the Complaint. Please sign the Waiver of Service of Summons and return it to me in the enclosed self-addressed stamped envelope.

Thank you for your attention to this matter.

Sincerely,

Gwyn Gulley
Attorney at Law

GG/clr

enc.

Attorneys & Counselors at Law

| GREGORY E. TUITE | GREGORY SZUL | GWYN GULLEY | GERALD F. TUITE |
| greg_tuite@gregtuite.com | greg_szul@gregtuite.com | gwyn_gulley@gregtuite.com | (of Counsel) |

119 N. Church Street   Suite 407   P.O. Box 59   Rockford, IL 61105-0059   815-965-5777   Toll Free 877-965-5777   Fax 815-962-6566