UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Robert E. Hawkins, | ) | |
| | ) | CASE NO. 08 C 50101 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Winnebago County Sheriff, et al., | ) | |
| | ) | |
| Defendants. | ) | APPEARANCE |

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**Winnebago County Sheriff, Richard Meyers, Andrea S. Tack, and Capt. Tim Owens, Defendants**

Signature:    /S/ SARA M. HOHE

Sara M. Hohe, #062013120
Assistant State's Attorney
Civil Division
400 West State Street, Suite 804
Rockford, Illinois 61101
(815) 319-4799
Member of Trial Bar    Yes XX
Trial Attorney    Yes XX