IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ROBERT E. HAWKINS,<br><br>           Plaintiff<br><br>vs.<br><br>WINNEBAGO COUNTY SHERIFF, et al.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 08 C 50101<br><br><br><br><br><br><br><br>**NOTICE OF FILING/<br>CERTIFICATE OF SERVICE** |

TO:   **Gwyn Gulley, Esq.**
       **GREG TUITE & ASSOCIATES**
       119 N. Church Street, Suite 407
       Rockford, Illinois 61105

     **PLEASE TAKE NOTICE** that on the 22 day of July, 2008, Sara M. Hohe, Assistant State's Attorney, filed with the Clerk of the U.S. District Court, 211 S. Court Street, Rockford, Illinois 61101, her Appearance, a copy of which is attached and hereby served upon you.

                                         BY:  /S/ Sara M. Hohe
                                                   Assistant State's Attorney

SARA M. HOHE, #062013120
Assistant State's Attorney
Civil Division
400 West State Street, #804
Rockford, Illinois 61101
(815) 319-4799
Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she electronically filed the foregoing Notice of Filing and attached Appearance on the 22, July, 2008, using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Gwyn Gulley, Esq.
gwyn_gulley@gregtuite.com

/S/ Sara M. Hohe