IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

ROBERT E. HAWKINS, )
)
    Plaintiff, )
)
v. ) No. 08 C 50101
)
WINNEBAGO COUNTY SHERIFF'S )
OFFICE, RICHARD MEYERS, ANDREA )
TACK, TIM OWENS, DR. DAVID POCOCK )
and DR. VIVEK KANTAYYA, )
)
    Defendants. )

FILED
AUG 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO WITHDRAW

NOW COMES, Gwyn Gulley, counsel for Robert E. Hawkins and in support of her Motion to Withdraw as counsel states as follows:

1. That this cause of action names Sheriff Richard Meyers as one of the Defendants.

2. That counsel and Sheriff Richard Meyers have a close relationship.

3. That counsel's law firm has represented Sheriff Meyers' daughter in litigation.

4. That Sheriff Meyers is a campaign supporter and has contributed with endorsements and financial support to Plaintiff's counsel.

5. That pursuing litigation against Sheriff Meyers will place counsel in an awkward position where she cannot zealously represent Plaintiff.

WHEREFORE, Gwyn Gulley, counsel for Plaintiff requests that this Court grant her leave to withdraw as counsel of record for the Plaintiff.

GWYN GULLEY,

*/s/ Gwyn Gulley*
Attorney for Plaintiff

Gwyn Gulley
119 N. Church Street, Suite 407
Rockford, IL 61101
815/965-5777