IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ROBERT E. HAWKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08 C 50101 |
| WINNEBAGO COUNTY SHERIFF'S OFFICE, RICHARD MEYERS, ANDREA TACK, TIM OWENS, DR. DAVID POCOCK and DR. VIVEK KANTAYYA, | ) ) ) ) ) |
| Defendants. | ) |

FILED
AUG 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF MOTION

To:   Ms. Sara M. Hohe
      Office of the States Attorney
      Civil Division
      400 W. State Street, Suite 804
      Rockford, IL  61101

YOU ARE HEREBY NOTIFIED that on August 13, 2008 at 1:30 p.m., or as soon as counsel may be heard, we shall appear before the Magistrate P. Michael Mahoney, or any magistrate sitting in his stead, in the United States District Court for the Northern District of Illinois, Western Division, Rockford, Illinois, and then and there present the attached Motion at which time you may appear if so desired.

_____
Gwyn Gulley, Attorney for Plaintiff

CERTIFICATE OF SERVICE BY MAIL

The undersigned, an attorney, under penalties of law as pursuant to Section 1-109 of the Illinois Code of Civil Procedure, certifies that she served a copy of this Notice of Motion and Motion to Withdraw on the above listed counsel on August 8, 2008, by depositing the same in the U.S. mail in Rockford, Illinois, with proper postage prepaid.

_____

Gwyn Gulley
119 N. Church Street, Suite 407
Rockford, IL  61101
815/965-5777