IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ROBERT E. HAWKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WINNEBAGO COUNTY SHERIFF'S )<br>OFFICE, RICHARD MEYERS, ANDREA )<br>TACK, TIM OWENS, DR. DAVID POCOCK )<br>and DR. VIVEK KANTAYYA, )<br>)<br>Defendants. ) | No.  08 C 50101 |

**FILED**

AUG 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION TO CONTINUE STATUS HEARING

Plaintiff, ROBERT E. HAWKINS, by his attorney, GWYN GULLEY, moves this Honorable Court to continue the status hearing in this matter. In support thereof, Plaintiff states as follows:

1. This matter is set for status hearing on August 13, 2008 at 1:30 p.m.

2. Plaintiff's counsel will be out of town on August 13, 2008.

WHEREFORE, Plaintiff requests that this Honorable Court continue the status hearing of this matter for approximately thirty (30) days subject to the court's calendar.

GWYN GULLEY,

_/s/ Gwyn Gulley_
Attorney for Plaintiff

Gwyn Gulley
119 N. Church Street, Suite 407
Rockford, IL  61101
815/965-5777