IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ROBERT E. HAWKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08 C 50101 ) |
| WINNEBAGO COUNTY SHERIFF'S OFFICE, RICHARD MEYERS, ANDREA TACK, TIM OWENS, DR. DAVID POCOCK and DR. VIVEK KANTAYYA, | ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF MOTION

FILED
AUG 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Ms. Sara M. Hohe
Office of the States Attorney
Civil Division
400 W. State Street, Suite 804
Rockford, IL  61101

YOU ARE HEREBY NOTIFIED that on <u>August 13, 2008</u> at <u>1:30</u> <u>p</u>.m., or as soon as counsel may be heard, we shall appear before the Magistrate P. Michael Mahoney, or any magistrate sitting in his stead, in the United States District Court for the Northern District of Illinois, Western Division, Rockford, Illinois, and then and there present the attached Motion at which time you may appear if so desired.

_____
Gwyn Gulley, Attorney for Plaintiff

### CERTIFICATE OF SERVICE BY MAIL

The undersigned, an attorney, under penalties of law as pursuant to Section 1-109 of the Illinois Code of Civil Procedure, certifies that she served a copy of this Notice of Motion and Motion to Continue Status Hearing on the above listed counsel on August 8, 2008, by depositing the same in the U.S. mail in Rockford, Illinois, with proper postage prepaid.

_____

Gwyn Gulley
119 N. Church Street, Suite 407
Rockford, IL  61101
815/965-5777