# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50101 | **DATE** | 8/13/2008 |
| **CASE TITLE** | HAWKINS vs. WINNEBAGO | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for Gwen Gulley to withdraw is granted. Gwen Gulley to be returned to the list of available attorneys. The court appoints Jack Ward, Zeno Zahm, 2902 McFarland Road, Ste. 400, Rockford, IL 61107, 815/987-4060 as counsel. Status hearing reset for September 19, 2008 at 1:30 pm.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|