## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08 C 50063

Rodney Gene Nystrom,
                                   Plaintiff,
    vs.
Richard Meyers, Jodi Jones, Jill Russ and Sandra Nienaber,
                     Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sandra Nienaber and Jill Russ

| | |
|---|---|
| **NAME (Type or print)**<br>Marcelline DeFalco | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ Marcelline DeFalco | |
| **FIRM**<br>Mulherin, Rehfeldt & Varchetto, P.C. | |
| **STREET ADDRESS**<br>211 South Wheaton Avenue, Suite 200 | |
| **CITY/STATE/ZIP**<br>Wheaton, IL 60187 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6239235 | **TELEPHONE NUMBER**<br>630-653-9300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐    NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐    NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☐    NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |