**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| **RODNEY GENE NYSTROM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.:    08 C 50063 |
| ) | |
| **RICHARD MEYERS, JODI JONES,** ) | Judge Frederick Kapala |
| **JILL RUSS and SANDRA NIENABER,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF FILING**

I, Marcelline DeFalco, an attorney, do hereby certify that on September 2, 2008 I electronically filed **DEFENDANTS, SANDRA NEINABER AND JILL RUSS' Appearance** with the Clerk of the United States District court, Northern District of Illinois, Western Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. James T. Harrison
*Harrison Law Offices, P.C.*
684 South Eastwood Drive
Route 47
Woodstock, IL  60098
815/338-7773
815/338-7738 (fax)
E-mail: jharrison@harrisonlawoffices.com

Ms. Sara Marie Hohe
*Winnebago County State's Attorney's Office*
400 West State Street
Suite 804
Rockford, IL  61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@co.winnebago.il.us

                                                          s/Marcelline DeFalco
                                                          Attorneys for Defendants
                                                          IL Bar No. 6239235
                                                          Mulherin, Rehfeldt & Varchetto, P.C.
                                                          211 S. Wheaton Ave., Suite 200
                                                          Wheaton, IL  60187
                                                          Telephone: (630) 653-9300
                                                          Fax: (630) 653-9316
                                                          E-mail: mdefalco@mrvlaw.com

**CERTIFICATE OF SERVICE**

     I, Marcelline DeFalco, an attorney, do hereby certify that on September 2, 2008 I electronically filed Defendant's Appearance with the Clerk of the United States District Court, Northern District of Illinois, Western Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. James T. Harrison
*Harrison Law Offices, P.C.*
684 South Eastwood Drive
Route 47
Woodstock, IL  60098
815/338-7773
815/338-7738 (fax)
E-mail: jharrison@harrisonlawoffices.com

Ms. Sara Marie Hohe
*Winnebago County State's Attorney's Office*
400 West State Street
Suite 804
Rockford, IL  61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@co.winnebago.il.us

                                                                            s/Marcelline DeFalco
                                                                            Attorneys for Defendants
                                                                            IL Bar No. 6239235
                                                                            Mulherin, Rehfeldt & Varchetto, P.C.
                                                                            211 S. Wheaton Ave., Suite 200
                                                                            Wheaton, IL  60187
                                                                            Telephone: (630) 653-9300
                                                                            Fax: (630) 653-9316
                                                                            E-mail: mdefalco@mrvlaw.com