UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **ROBERT E. HAWKINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.:   08 C 50101 |
| ) | |
| **WINNEBAGO COUNTY SHERIFF'S** ) | Judge Phillip Reinhard |
| **OFFICE, CORRECTION BUREAU,** ) | |
| **RICHARD A. MEYERS, ANDREA S.** ) | Magistrate P. Michael Mahoney |
| **TACK, CAPT. TIM OWENS,** ) | |
| **DR. POCCOCK and DR. KATIA,** ) | |
| ) | |
| **Defendants.** ) | |

### RULE 12(b)(6) MOTION TO DISMISS

The Defendants, VIVEK KANTAYYA, M.D., incorrectly sued herein as "Dr. Katia", and DAVID POCOCK, M.D., incorrectly sued herein as "Dr. Poccock", by and through their attorney, Louis A. Varchetto, move this Honorable Court to dismiss the Amended Complaint of Robert E. Hawkins pursuant to F.R.C.P. 12(b)(6), for failure to state a claim upon which relief can be granted.

Respectfully Submitted,

**VIVEK KANTAYYA, M.D., incorrectly sued as "Dr. Katia" and DAVID POCOCK, M.D., incorrectly sued as "Dr. Poccock"**

s/Louis A. Varchetto
Attorneys for Defendants
Louis A. Varchetto
IL Bar No. 3125565
Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Ave., Suite 200
Wheaton, IL  60187
Telephone: (630) 653-9300
Fax: (630) 653-9316
E-mail: lvarchetto@mrvlaw.com

1

## CERTIFICATE OF SERVICE

I, Louis A. Varchetto, an attorney, do hereby certify that on September 2, 2008, I electronically filed **Defendants' Rule 12(b)(6) Motion to Dismiss** with the Clerk of the United States District court, Northern District of Illinois, Eastern Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. Jack D. Ward
*Reno & Zahm, LLP*
2902 McFarland Road
Suite 400
Rockford, IL  61107
815/9874050
815/987-4092 (fax)
E-mail:  jdw@renozahm.com

Ms. Sara Marie Hohe
*Winnebago County State's*
           *Attorney's Office*
400 West State Street
Suite 804
Rockford, IL  61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@co.winnebago.il.us

 

    s/Louis A. Varchetto
Attorneys for Defendants
IL Bar No. 3125565
MULHERIN, REHFELDT & VARCHETTO, P.C.
211 S. Wheaton Ave., Suite 200
Wheaton, IL 60187
Telephone:(630) 653-9300
Fax: (630) 653-9316
E-mail: lvarchetto@mrvlaw.com

2