UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. HAWKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:  08 C 50101 |
| | ) | |
| WINNEBAGO COUNTY SHERIFF'S OFFICE, CORRECTION BUREAU, RICHARD A. MEYERS, ANDREA S. TACK, CAPT. TIM OWENS, DR. POCCOCK and DR. KATIA, | ) ) ) ) ) | Judge Phillip Reinhard

Magistrate P. Michael Mahoney |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Mr. Jack D. Ward, *Reno & Zahm, LLP,* 2902 McFarland Road, Suite 400, Rockford, IL  61107, jdw@renozahm.com

Ms. Sara Marie Hohe, *Winnebago County State's Attorney's Office,* 400 West State Street, Suite 804, Rockford, IL  61101, shohe@co.winnebago.il.us

YOU ARE HEREBY NOTIFIED on September 12, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard, we shall appear before Magistrate P. Michael Mahoney, Courtroom 206, or such other judge as may be holding court in his absence, in Rockford Courthouse, 211 South Court Street, Rockford, Illinois, and then and there present Defendants' VIVEK KANTAYYA, M.D., incorrectly sued herein as "Dr. Katia", and DAVID POCOCK, M.D., incorrectly sued herein as "Dr. Poccock", Rule 12(b)(6) Motion to Dismiss, at which time and place you may appear as you see fit to do.

Dated at Wheaton, Illinois, September 2, 2008.

                                                                    s/Louis A. Varchetto
                                                                    Attorneys for Defendant
                                                                    Louis A. Varchetto
                                                                    IL Bar No. 3125565
                                                                    Mulherin, Rehfeldt & Varchetto, P.C.
                                                                    211 S. Wheaton Ave., Suite 200
                                                                    Wheaton, IL  60187
                                                                    Telephone: (630) 653-9300
                                                                    Fax: (630) 653-9316
                                                                    E-mail: lvarchetto@mrvlaw.com

**CERTIFICATE OF SERVICE**

I, Louis A. Varchetto, an attorney, do hereby certify that on September 2, 2008, I electronically filed **Defendants' Notice of Motion for Rule 12(b)(6) Motion to Dismiss** with the Clerk of the United States District court, Northern District of Illinois, Eastern Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. Jack D. Ward
*Reno & Zahm, LLP*
2902 McFarland Road
Suite 400
Rockford, IL  61107
815/9874050
815/987-4092 (fax)
E-mail:  jdw@renozahm.com

Ms. Sara Marie Hohe
*Winnebago County State's*
            *Attorney's Office*
400 West State Street
Suite 804
Rockford, IL  61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@co.winnebago.il.us

                                                 s/Louis A. Varchetto
                                                 Attorneys for Defendants
                                                 IL Bar No. 3125565
                                                 MULHERIN, REHFELDT & VARCHETTO, P.C.
                                                 211 S. Wheaton Ave., Suite 200
                                                 Wheaton, IL 60187
                                                 Telephone:(630) 653-9300
                                                 Fax: (630) 653-9316
                                                 E-mail: lvarchetto@mrvlaw.com

2