UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| **ROBERT E. HAWKINS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:   08 C 50101 |
| | ) | |
| **WINNEBAGO COUNTY SHERIFF'S** | ) | Judge Phillip Reinhard |
| **OFFICE, CORRECTION BUREAU,** | ) | |
| **RICHARD A. MEYERS, ANDREA S.** | ) | Magistrate P. Michael Mahoney |
| **TACK, CAPT. TIM OWENS,** | ) | |
| **DR. POCCOCK and DR. KATIA,** | ) | |
| | ) | |
| Defendants. | ) | |

## JURY DEMAND

The undersigned demands a jury trial.

**VIVEK KANTAYYA, M.D., incorrectly sued as "Dr. Katia" and, DAVID POCOCK, M.D., incorrectly sued as "Dr. Poccock"**

s/Louis A. Varchetto
Attorneys for Defendants
Louis A. Varchetto IL Bar No. 3125565
Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Ave., Suite 200
Wheaton, IL  60187
Telephone: (630) 653-9300
Fax: (630) 653-9316
E-mail: lvarchetto@mrvlaw.com