## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| **ROBERT E. HAWKINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.:   08 C 50101 |
| ) | |
| **WINNEBAGO COUNTY SHERIFF'S** ) | **Judge Phillip Reinhard** |
| **OFFICE, CORRECTION BUREAU,** ) | |
| **RICHARD A. MEYERS, ANDREA S.** ) | **Magistrate P. Michael Mahoney** |
| **TACK, CAPT. TIM OWENS,** ) | |
| **DR. POCCOCK,, and DR. KATIA,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF FILING

I, Louis A. Varchetto, an attorney, do hereby certify that on September 2, 2008 I electronically filed **DEFENDANTS, VIVEK KANTAYYA, M.D., incorrectly sued as "DR. KATIA", and DAVID POCOCK, M.D., incorrectly sued as "DR. POCCOCK" Appearance and Jury Demand**  with the Clerk of the United States District court, Northern District of Illinois, Western Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. Jack D. Ward
*Reno & Zahm, LLP*
2902 McFarland Road, Suite 400
Rockford, IL  61107
815/9874050
815/987-4092 (fax)
E-mail:  jdw@renozahm.com

Ms. Sara Marie Hohe
*Winnebago County State's Attorney's Office*
400 West State Street, Suite 804
Rockford, IL  61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@co.winnebago.il.us

s/Louis A. Varchetto
Attorneys for Defendants
IL Bar No. 3125565
Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Ave., Suite 200
Wheaton, IL  60187
Telephone: (630) 653-9300
Fax: (630) 653-9316
E-mail: lvarchetto@mrvlaw.com

**CERTIFICATE OF SERVICE**

      I, Louis A. Varchetto, an attorney, do hereby certify that on September 2, 2008 I electronically filed Defendants' Appearance and Jury Demand with the Clerk of the United States District Court, Northern District of Illinois, Western Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. Jack D. Ward
*Reno & Zahm, LLP*
2902 McFarland Road
Suite 400
Rockford, IL  61107
815/9874050
815/987-4092 (fax)
E-mail:  jdw@renozahm.com

Ms. Sara Marie Hohe
*Winnebago County State's Attorney's Office*
400 West State Street
Suite 804
Rockford, IL  61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@co.winnebago.il.us

                                        s/Louis A. Varchetto
                                        Attorneys for Defendants
                                        IL Bar No. 3125565
                                        Mulherin, Rehfeldt & Varchetto, P.C.
                                        211 S. Wheaton Ave., Suite 200
                                        Wheaton, IL  60187
                                        Telephone: (630) 653-9300
                                        Fax: (630) 653-9316
                                        E-mail: lvarchetto@mrvlaw.com