## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number: 08 C 50101

Robert E. Hawkins,              Plaintiff,
v.
Winnebago County Sheriff's Office, Correction Bureau, Richard A. Meyers, Andrea A. Tack, Tim Owens, Dr. Poccock and Dr. Katia,                Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Vivek Kantayya, M.D., incorrectly sued as "Dr. Katia
and
David Pocock, M.D., incorrectly sued as "Dr. Poccock"

| | |
|---|---|
| NAME (Type or print)<br>Marcelline DeFalco | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Marcelline DeFalco | |
| FIRM<br>Mulherin, Rehfeldt & Varchetto, P.C. | |
| STREET ADDRESS<br>211 South Wheaton Avenue, Suite 200 | |
| CITY/STATE/ZIP<br>Wheaton, IL 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6239235 | TELEPHONE NUMBER<br>630-653-9300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |