## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| **ROBERT E. HAWKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.:   08 C 50101 |
| | ) | |
| **WINNEBAGO COUNTY SHERIFF'S** | ) | **Judge Phillip Reinhard** |
| **OFFICE, CORRECTION BUREAU,** | ) | |
| **RICHARD A. MEYERS, ANDREA S.** | ) | **Magistrate P. Michael Mahoney** |
| **TACK, CAPT. TIM OWENS,** | ) | |
| **DR. POCCOCK,, and DR. KATIA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING

I, Marcelline DeFalco, an attorney, do hereby certify that on September 2, 2008 I electronically filed **DEFENDANTS, VIVEK KANTAYYA, M.D., incorrectly sued as "DR. KATIA", and DAVID POCOCK, M.D., incorrectly sued as "DR. POCCOCK" Appearance** with the Clerk of the United States District court, Northern District of Illinois, Western Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. Jack D. Ward
*Reno & Zahm, LLP*
2902 McFarland Road, Suite 400
Rockford, IL  61107
815/9874050
815/987-4092 (fax)
E-mail:  jdw@renozahm.com

Ms. Sara Marie Hohe
*Winnebago County State's Attorney's Office*
400 West State Street, Suite 804
Rockford, IL  61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@co.winnebago.il.us

                                                       s/Marcelline DeFalco
                                                      Attorneys for Defendants
                                                      IL Bar No. 6239235
                                                      Mulherin, Rehfeldt & Varchetto, P.C.
                                                      211 S. Wheaton Ave., Suite 200
                                                      Wheaton, IL  60187
                                                      Telephone: (630) 653-9300
                                                      Fax: (630) 653-9316
                                                      E-mail: mdefalco@mrvlaw.com

**CERTIFICATE OF SERVICE**

      I, Marcelline DeFalco, an attorney, do hereby certify that on September 2, 2008 I electronically filed Defendants' Appearance with the Clerk of the United States District Court, Northern District of Illinois, Western Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. Jack D. Ward
*Reno & Zahm, LLP*
2902 McFarland Road
Suite 400
Rockford, IL  61107
815/9874050
815/987-4092 (fax)
E-mail:  jdw@renozahm.com

Ms. Sara Marie Hohe
*Winnebago County State's Attorney's Office*
400 West State Street
Suite 804
Rockford, IL  61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@co.winnebago.il.us

                                                s/Marcelline DeFalco
                                                Attorneys for Defendants
                                                IL Bar No. 6239235
                                                Mulherin, Rehfeldt & Varchetto, P.C.
                                                211 S. Wheaton Ave., Suite 200
                                                Wheaton, IL  60187
                                                Telephone: (630) 653-9300
                                                Fax: (630) 653-9316
                                                E-mail: mdefalco@mrvlaw.com