IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ROBERT E. HAWKINS et al. | ) |
|                Plaintiff | ) CASE NO. 08 C 50101 |
| vs. | ) |
| WINNEBAGO COUNTY SHERIFF'S OFFICE, et al., | ) |
|                Defendants. | ) |

**MOTION FOR EXPANSION OF TIME**

NOW COMES Defendant Winnebago County Sheriff Richard A. Meyers, Director Andrea Tack and Captain Tim Owens and pursuant to FRCP 6(b) prays this court grant them an expansion of time to answer and in support thereof states:

1. When Attorney Hohe initially received this case she requested the Winnebago County Jail's file on Plaintiff Robert E. Hawkins for the period of incarceration that this action concerns.

2. On or about the same time Attorney Hohe requested the same regarding the another Plaintiff who was incarcerated at or near the same time Plaintiff Hawkins was.

3. Earlier this week Attorney Hohe discovered that she had received only the file on the other Plaintiff and it had been misfiled in Plaintiff Hawkins file.

4. As of this time Attorney Hohe has contacted the Winnebago County Jail and attempted to obtain a copy of Plaintiff's file for the period of incarceration that this action concerns, but as of this filing has not obtained it.

5. Attorney Hohe has a matter in state court next week that will prevent her from

1

being able to Answer the complaint in this action by Monday September 8, 2008.

6.  When Attorney Hohe receives a copy of Plaintiff's incarceration file she will provide a copy of it to the other parties in this case pursuant to FRCP 26(a) as well as the answers of her clients.

WHEREFORE, Defendants Sheriff Richard A. Meyers, Director Andrea Tack, and Captain Tim Owens pray that they be given an additional ten day to answer Plaintiff's Complaint.

> WINNEBAGO COUNTY SHERIFF RICHARD A. MEYERS, DIRECTOR ANDREA S. TACK, CAPTAIN TIM OWENS, Defendants
>
> BY:/s/Sara M. Hohe
>     Attorney for Sheriff Richard A. Meyers, Andrea Tack and Captain Tim Owens

SARA M. HOHE, 6201310
Assistant State's Attorney
Civil Division
400 West State Street, Suite 804
Rockford, Illinois 61101
(815) 319-4799
(815) 319-4798 [fax]
shohe@co.winnebago.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ROBERT E. HAWKINS et al.<br><br>　　　　Plaintiff<br><br>vs.<br><br>WINNEBAGO COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 08 C 50101<br><br><br><br><br><br><br><br>NOTICE OF MOTION AND PRESENTMENT |

TO:  Robert E. Hawkins
c/o Jack Ward
Attorney at Law
2902 McFarland Road, Suite 400
Rockford, Illinois 61107
815-987-4050
815-987-4092 (fax)
jdw@renozahm.com

Defendant Dr. Kantayya, M.D.
Defendant Dr. Pocock, M.D.
c/o Katherine Sikich
Attorney at Law
211 S. Wheaton Avenue
Wheaton, IL 60187
630-653-9300
630-653-9316
ksikich@mrvlaw.com

Please take notice that on September 12, 2008 at 1:30 p.m. I will appear before Magistrate Judge P. Michael Mahoney in the room usually occupied by him as his courtroom at 211 S. Court Street, Rockford, Illinois and at that time present a Motion for Expansion of Time to Answer; a copy of which was electronically served upon you on June 1, 2007 via the United States District Court's CM/ECF system.

WINNEBAGO COUNTY SHERIFF RICHARD A. MEYERS, DIRECTOR ANDREA S. TACK, CAPTAIN TIM OWENS, Defendants

BY:/s/Sara M. Hohe
　　Attorney for Sheriff Richard A. Meyers,
　　Director Andrea Tack and Captain Tim Owens

SARA M. HOHE, 6201310
Assistant State's Attorney
Civil Division
400 West State Street, Suite 804
Rockford, Illinois 61101
(815) 319-4799
(815)319-4798 [fax]
shohe@co.winnebago.il.us

# CERTIFICATE OF SERVICE

    I, Sara M. Hohe, Assistant State's Attorney for Winnebago County, Illinois, hereby certify I electronically filed the foregoing Notice of Motion and Motion for Expansion of Time to Answer with the Clerk of the Court on September 4, 2008 using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| c/o Jack Ward | Defendant Dr. Pocock, M.D. |
| Attorney at Law | c/o Katherine Sikich |
| 2902 McFarland Road, Suite 400 | Attorney at Law |
| Rockford, Illinois 61107 | 211 S. Wheaton Avenue |
| 815-987-4050 | Wheaton, IL 60187 |
| 815-987-4092 (fax) | 630-653-9300 |
| jdw@renozahm.com | 630-653-9316 |
| | ksikich@mrvlaw.com |

and that I served a copy of the foregoing Motion for Expansion of Time to Answer, together with the therein referenced attachments, on the following person by enclosing copies of said document in envelopes addressed as indicated below, and causing those envelopes to be deposited with the United States Postal Service in Rockford, Illinois, with postage prepaid, on January 3, 2008:

                None

                By:/s/Sara M. Hohe
                    Attorney for Defendants

SARA M. HOHE, 6201310
Assistant State's Attorney
Civil Division
400 West State Street, Suite 804
Rockford, Illinois 61101
(815) 319-4799
(815)319-4798 [fax]
shohe@co.winnebago.il.us