UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. HAWKINS, | ) | |
| Plaintiff, | ) | No.: 08 C 50101 |
| vs. | ) | |
| | ) | Judge Phillip Reinhard |
| WINNEBAGO COUNTY SHERIFF'S | ) | |
| OFFICE, CORRECTION BUREAU; | ) | Magistrate P. Michael Mahoney |
| RICHARD A. MEYERS, ANDREA S. | ) | |
| TACK, CAPT. TIM OWENS, DR. POCCOCK | ) | |
| and DR. KATIA, | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

Now comes JACK D. WARD, and for his Motion to Withdraw in the above-captioned matter, and states as follows:

1. A Minute Order was recently entered, appointing Jack D. Ward of Reno Zahm, LLP, as counsel for Robert E. Hawkins, the Plaintiff, and setting the matter for status on September 19, 2008, at 1:30 p.m.

2. Attorney Ward has been receiving pleadings electronically, some of which are set for hearing on September 12, 2008, at 1:30 p.m. Attorney Ward has reviewed the Plaintiff's Complaint, which appears to be in the nature of a medical malpractice claim, to include failure to diagnose or to treat.

3. Attorney Ward and Reno Zahm, LLP, have commitments to existing clients in Winnebago County to not take plaintiff's malpractice cases in this jurisdiction.

4.	Attorney Ward requests that he be allowed to withdraw from this appointment, and be returned to the list of available attorneys for court appointments.


	s/*Jack D. Ward*
	Jack D. Ward

Attorney Jack D. Ward
Reno Zahm, LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
(815) 987-4050 Phone
(815) 987-4092 Fax

## **CERTIFICATE OF SERVICE**

      I, Jack D. Ward, an attorney, do hereby certify that on September 5, 2008, I electronically filed a **Motion to Withdraw** with the Clerk of the United States District Court, Northern District of Illinois, Western Division, using the CM/EFC system, which will send notification of such filings to the following registered participants:

Mr. Louis A. Varchetto
Ms. Katherine A. Sikich
Ms. Marceline DeFalco
Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Avenue, Suite 200
Wheaton, IL 60187
630/653-9300
630/653-9316 (fax)
E-mail: lvarchetto@mrvlaw.com; ksikich@mrvlaw.com; mdefalco@mrvlaw.com

Ms. Sara Marie Hohe
Office of the State's Attorney, Winnebago County
400 W. State Street, Suite 804
Rockford, IL 61101
815/987-3179
815/319-4701 (fax)
E-mail: shohe@winnebago.il.us


      s/*Jack D. Ward*
      Jack D. Ward
      IL Bar Number 23963
      Reno Zahm, LLP
      2902 McFarland Road, Suite 400
      Rockford, IL 61107